2006 VT 21

**In re Andrew LICHTENBERG, Esq.**

[895 A.2d 201]

No. 06-012

February 28, 2006. Andrew Lichtenberg, having been disbarred by the Hawaii Supreme Court for misappropriation of client funds and other misconduct, it is hereby ordered that Andrew Lichtenberg be disbarred from the practice of law in the State of Vermont pursuant to the reciprocal discipline provision of the Permanent Rules Governing Establishment and Operation of the Professional Responsibility Board, A.O. 9, Rule 20.